| | |
|---|---|
| 1 | SIMON MANOUCHERIAN (Bar No. 198760) |
| | SManoucherian@mmhllp.com |
| 2 | FREDERIC ESRAILIAN (Bar No. 232799) |
| | FEsrailian@mmhllp.com |
| 3 | MESERVE, MUMPER & HUGHES LLP |
| | 300 South Grand Avenue, 24th Floor |
| 4 | Los Angeles, California 90071-3185 |
| | Telephone: (213) 620-0300 |
| 5 | Facsimile: (213) 625-1930 |

Attorneys for Defendants
HM LIFE INSURANCE COMPANY, f/k/a
HIGHMARK LIFE INSURANCE COMPANY,
erroneously sued herein as HIGH MARK LIFE
INSURANCE COMPANY, ASTRAZENECA
PHARMACEUTICALS LP; ASTRAZENECA
LONG TERM DISABILITY INSURANCE
PLAN; BROADSPIRE SERVICES, INC.;
BROADSPIRE ADMINISTRATOR SERVICES,
INC.;

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SMALLEY, | Case No. 2:06 CV 02053 GEB (EFB) |
| Plaintiffs, | STIPULATION CONTINUING MOTION TO PERMIT DISCOVERY TO ALLOW PARTIES TO MEDIATE AND ADDITIONAL TIME TO MEET AND CONFER; [PROPOSED] ORDER |
| vs. | |
| ASTRAZENECA PHARMACEUTICALS LP; ASTRAZENECA LONG TERM DISABILITY INSURANCE PLAN; ASTRAZENECA ADMINISTRATION COMMITTEE; HIGH MARK LIFE INSURANCE COMPANY; BROADSPIRE INTEGRATED DISABILITY MANAGEMENT; BROADSPIRE SERVICES, INC.; BROADSPIRE ADMINISTRATOR SERVICES, INC., | Date: March 19, 2007<br>Time: 10:00 a.m.<br><br>Complaint Filed:     9/14/2006<br>Motion Cutoff:        8/06/2007<br>Pretrial Conference: 10/15/2007 |
| Defendants. | |

83377.1

1

1  WHEREAS, Plaintiff GERALD SMALLEY ("Plaintiff") has filed a Motion
2 to Permit Discovery ("Motion"), initially set for hearing by the Court on <u>February
3 20, 2007</u>;

4  WHEREAS, the parties filed a Stipulation to Continue the Hearing on Motion
5 to allow the parties to meet and confer, which the Court granted, and set the new
6 hearing date on <u>March 19, 2007</u>;

7  WHEREAS, the parties have met and conferred and agreed to attend a
8 **private mediation with James D. Mart, Esq. of JAMS ADR in Sacramento, CA**
9 **on <u>May 8, 2007</u>**;

10  WHEREAS, Defendants HM LIFE INSURANCE COMPANY, f/k/a
11 HIGHMARK LIFE INSURANCE COMPANY; ASTRAZENECA
12 PHARMACEUTICALS LP; ASTRAZENECA LONG TERM DISABILITY
13 INSURANCE PLAN; BROADSPIRE SERVICES, INC.; and BROADSPIRE
14 ADMINISTRATOR SERVICES, INC. (all collectively referred to herein as
15 "Defendants") currently must file their Opposition to Plaintiff's Motion to Permit
16 Discovery ("Opposition") by <u>March 2, 2007</u>;

17  WHEREAS, the parties are hopeful that they can resolve this matter at
18 mediation, thereby obviating the need for the preparation of an opposition and the
19 hearing on said Motion;

20  WHEREAS, the parties also continue to meet and confer regarding possible
21 alternatives to resolve their discovery dispute;

22  WHEREAS, for the foregoing reasons and other good cause, the parties
23 request an extension of the date set for hearing Plaintiff's Motion to Permit
24 Discovery to June 4, 2007, making the Opposition due May 21, 2007, to allow the
25 parties sufficient time to attempt to resolve this matter without burdening the
26 Court's docket and incurring additional fees and costs for their clients;

27  IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, by
28 and through their respective attorneys of record, that the above-mentioned

continuance is acceptable, and will allow for sufficient time for the parties to attempt a resolution to this matter through private mediation.

Dated: February 26, 2007                FARMER SMITH LAW GROUP LLP
                                        BLANE SMITH

                                        By: _____
                                            Blane Smith
                                            Attorneys for Plaintiff
                                            GERLAD SMALLEY

Dated: February 26, 2007                MESERVE, MUMPER & HUGHES LLP
                                        SIMON MANOUCHERIAN
                                        FREDERIC ESRAILIAN

                                        By: _____
                                            Frederic Esrailian
                                            Attorneys for Defendants
                                            HM LIFE INSURANCE COMPANY,
                                            f/k/a HIGHMARK LIFE
                                            INSURANCE COMPANY,
                                            erroneously sued herein as HIGH
                                            MARK LIFE INSURANCE
                                            COMPANY; ASTRAZENECA
                                            PHARMACEUTICALS LP;
                                            ASTRAZENECA LONG TERM
                                            DISABILITY INSURANCE PLAN;
                                            BROADSPIRE SERVICES, INC.;
                                            BROADSPIRE ADMINISTRATOR
                                            SERVICES, INC.

## ORDER

**IT IS HEREBY ORDERED THAT** the hearing on the Motion to Permit Discovery, currently set for March 19, 2007, is continued to June 11, 2007.

DATED: February 27, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge