IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SMALLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>ASTRAZENECA PHARMACEUTICALS LP; ASTRAZENECA LONG TERM DISABILITY INSURANCE PLAN; ASTRAZENECA ADMINISTRATION COMMITTEE; HIGH MARK LIFE INSURANCE COMPANY; BROADSPIRE INTEGRATED DISABILITY MANAGEMENT; BROADSPIRE SERVICES, INC.; BROADSPIRE ADMINISTRATOR SERVICES, INC.,<br><br>        Defendants. | 2:06-cv-2053-GEB-EFB<br><br><u>ORDER RE: SETTLEMENT DISPOSITION DOCUMENT</u> |

On June 8, 2007, Defendants were issued an Order to Show Cause ("OSC") since they failed to file either an opposition or a statement of non-opposition to Plaintiff's pending discovery motion. Following issuance of the OSC, one of the parties contacted chambers to explain that the OSC issued in a settled case. Yet chambers had not been notified of this settlement before the OSC issued and therefore, worked on Plaintiff's pending motion. On June 11, 2007, Plaintiff filed a Notice of Settlement "advis[ing] the [C]ourt that

1

this action has been settled and that a dispositional document shall be on file within the time specified by [Local Rule] 16-160." Therefore, Plaintiff's pending discovery motion filed on January 10, 2007 is deemed withdrawn.  On June 11, 2007, Plaintiff also filed a declaration from Plaintiff's counsel detailing the status of the case. This declaration explained that the parties reached a "tentative resolution of the case" on May 8, 2007.  It is unclear why the parties failed to seek a continuance of Plaintiff's pending discovery motion, so that judicial resources were not needlessly expended on the matter in light of the parties' tentative settlement.  Nevertheless, the OSC filed on June 8, 2007, is withdrawn, even though the parties appear to have caused the needless expenditure of judicial resources on Plaintiff's motion that has been deemed withdrawn.  A dispositional document shall be filed no later than June 27, 2007.  Failure to file a dispositional document by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  June 11, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2